Kirk J. Anderson (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorney for Plaintiff Aperture Net LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APERTURE NET LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>OPENGEAR, INC.; DIGI INTERNATIONAL, INC.,<br><br>*Defendants*. | CASE NO.:<br><br>**PLAINTIFF'S 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Aperture Net LLC ("Aperture" or "Plaintiff"), states it is a limited liability company. It does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: May 29, 2020           Respectfully Submitted,
                              */s/ Kirk J. Anderson*
                              By: Kirk J. Anderson (SBN 289043)
                              kanderson@budolaw.com
                              BUDO LAW, P.C.
                              5610 Ward Rd. Suite #300
                              Arvada, CO 80002
                              (720) 225-9440 (Phone)

(720) 225-9331 (Fax)
***Attorney for Plaintiff Aperture Net LLC***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF INTERESTED ENTITIES, CORPORATE DISCLOSURE STATEMENT,
OR RULE 7.1 DISCLOSURES