JENNER & BLOCK LLP
Amr O. Aly (N.Y. Bar No. 2812535)
919 Third Avenue
New York, NY 10022-3908
Telephone:  +1 212 891 1600
Facsimile:   +1 212 891 1699
aaly@jenner.com

Christopher J. Rillo (SBN 112009)
633 West 5th Street
Los Angeles, CA 90071-2054
Telephone:  +1 213 239 5100
Facsimile:   +1 213 239 5199
crillo@jenner.com

Attorneys for Defendants Opengear, Inc.
and Digi International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APERTURE NET, LLC<br><br>        Plaintiff,<br><br>    v.<br><br>OPENGEAR, INC. and<br>DIGI INTERNATIONAL, INC.<br><br>        Defendants. | Case No. 5:20-cv-03613-SVK<br><br>**DEFENDANTS OPENGEAR, INC. AND DIGI INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:  Honorable Susan G. Van Keulen |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Opengear, Inc. ("Opengear") and Digi International, Inc. ("Digi") hereby states that:

1. Opengear is a wholly-owned subsidiary of Digi.
2. There is no other parent corporation or publicly traded corporation that owns 10% or more of the stock of Opengear or Digi.

Dated: August 5, 2020

JENNER & BLOCK LLP

By: *s/ Christopher J. Rillo*
Christopher J. Rillo
Amr O. Aly

Attorneys for Defendants Opengear, Inc. and Digi International, Inc.