AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Aperture Net, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:20-cv-03613-SVK |
| Opengear, Inc. and Digi International, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Opengear, Inc. and Digi International, Inc.

Date:   08/05/2020

s/ Christopher J. Rillo
*Attorney's signature*

Christopher J. Rillo (SBN 112009)
*Printed name and bar number*

Jenner & Block LLP
633 West 5th Street
Los Angeles, CA 90071-2054
*Address*

crillo@jenner.com
*E-mail address*

(213) 239-5100
*Telephone number*

(213) 239-5199
*FAX number*