Kirk. J. Anderson (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorneys for Plaintiff Aperture Net LLC.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| APERTURE NET LLC, | CASE NO.: 5:20-cv-03613-SVK |
| *Plaintiff*, | **PLAINTIFF APERTURE NET LLC'S UNOPPOSED REQUEST TO CHANGE TIME PURSUANT TO LOCAL RULE 6-3** |
| v. | |
| OPENGEAR, INC. et al, | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

Pursuant to Local Rule 6-3 Plaintiff, Aperture Net LLC ("Aperture"), by and through its attorney of record, respectfully moves the Court to extend the time for Defendants to file a reply in support of their motion to dismiss, filed at Dkt. 28. The current deadline for the replies are October 1, 2020. Plaintiff requests a 7-day extension moving the deadline for Defendant to reply from October 1, 2020 to October 8, 2020. Additionally, Plaintiff requests a 7-day continuance moving the motion hearing for

Defendants' motion to dismiss from October 13, 2020 to October 20, 2020.

There have been two previous stipulations for extension in this case, on Defendant's answer to the original complaint, filed at Dkt. 11, and on the parties' briefing schedule for this motion to dismiss, filed at Dkt. 31. The requested time modification would have no effect on the current schedule for this case. The parties have conferred, and Defendant does not oppose this extension.

WHEREFORE, Plaintiff respectfully requests the Court enter an order extending Defendant's time to file a reply in support of its motion to dismiss to October 8, 2020 and continuing the motion hearing to October 20, 2020.

Dated: September 24, 2020                                  Respectfully submitted,

<u>/s/ Kirk Anderson</u>
Kirk. J. Anderson (CA SBN 289043)
kanderson@budolaw.com
BUDO LAW, P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

***Attorney(s) for Aperture Net LLC***

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the parties have met and conferred regarding the substance of this motion on September 24, 2020 and the Defendant does

2

not oppose the filing of this motion.

                                              */s/Kirk J. Anderson*
                                              Kirk J. Anderson

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on September 24, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                */s/Kirk J. Anderson*
                                              Kirk J. Anderson