1  JENNER & BLOCK LLP
   Amr O. Aly (N.Y. Bar No. 2812535)
2  919 Third Avenue
   New York, NY 10022-3908
3  Telephone: +1 212 891 1600
   Facsimile:  +1 212 891 1699
4  aaly@jenner.com

5
   Nick Saros (SBN 209922)
6  633 West 5th Street
   Los Angeles, CA 90071-2054
7  Telephone: +1 213 239 5100
   Facsimile:  +1 213 239 5199
8  nsaros@jenner.com

9  Attorneys for Defendants Opengear, Inc.
10 and Digi International, Inc.

11
                  IN THE UNITED STATES DISTRICT COURT
12
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14

15 APERTURE NET, LLC.                    Case No. 5:20-cv-03613-SVK

16                    Plaintiff,         **DEFENDANTS OPENGEAR, INC.
                                         AND DIGI INTERNATIONAL, INC.'S
17       v.                              NOTICE OF SUBSTITUTION OF COUNSEL**

18 OPENGEAR, INC. and
   DIGI INTERNATIONAL, INC.
19

20                    Defendants.

21

22

23

24

25

26

27

28

PLEASE TAKE NOTICE that Defendants Opengear, Inc. and Digi International, Inc. hereby request substitution of attorney Christopher J. Rillo, who is no longer with the firm of Jenner & Block LLP. The undersigned, attorney Nick Saros of Jenner & Block LLP, hereby appears on behalf of Defendants in his place.

All other above-referenced counsel will remain counsel for Defendants.

Dated: January 15, 2021

JENNER & BLOCK LLP

By: /s/ Nick Saros
Nick Saros

Attorneys for Defendants Opengear, Inc. and Digi International, Inc.