| | |
|---|---|
| 1 | JENNER & BLOCK LLP |
| | Amr O. Aly (N.Y. Bar No. 2812535) |
| 2 | 919 Third Avenue |
| | New York, NY 10022-3908 |
| 3 | Telephone:  +1 212 891 1600 |
| 4 | Facsimile:   +1 212 891 1699 |
| | aaly@jenner.com |
| 5 | |
| | Nick Saros (SBN 209922) |
| 6 | 633 West 5th Street |
| 7 | Los Angeles, CA 90071-2054 |
| | Telephone:  +1 213 239 5100 |
| 8 | Facsimile:   +1 213 239 5199 |
| | nsaros@jenner.com |
| 9 | |
| | Attorneys for Defendants Opengear, Inc. |
| 10 | and Digi International, Inc. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APERTURE NET, LLC. | Case No. 5:20-cv-03613-SVK |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURES** |
| v. | Judge:  Honorable Susan G. Van Keulen |
| OPENGEAR, INC. and DIGI INTERNATIONAL, INC. | |
| Defendants. | |

PLEASE TAKE NOTICE that, on January 15, 2021, Defendants Opengear, Inc. and Digi International, Inc. served their initial disclosures, pursuant to this Court's January 8, 2021 Case Management Order (Dkt. 52) and Rule 26(a)(1) of the Federal Rules of Civil Procedure, on counsel for Plaintiff by electronic mail to the email addresses Plaintiff's counsel has listed in this Court's CM/ECF system. Attached hereto as Exhibit A is a true and correct copy of the certificate of service of those initial disclosures.

Dated: January 15, 2021

JENNER & BLOCK LLP

By: *s/ Amr O. Aly*
    Amr. O. Aly
    Nick Saros

Attorneys for Defendants Opengear, Inc. and Digi International, Inc.