# Exhibit A

## CERTIFICATE OF SERVICE

I, Amit B. Patel, hereby certify that I caused the foregoing document, DEFENDANTS OPENGEAR, INC. AND DIGI INTERNATIONAL, INC.'S INITIAL DISCLOSURES, to be served on counsel for Plaintiff listed below via electronic mail.

Kirk J. Anderson
5600 Ward Rd., Suite 300
Arvada, CO 80002
kanderson@budolaw.com
emurphree@budolaw.com
litigation@budolaw.com

/s/ Amit B. Patel

Amit B. Patel
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
apatel@jenner.com
(312) 222-9350