# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APERTURE NET LLC, | Case No. 5:20-CV-03613-SVK |
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING CASE WITH PREJUDICE |
| v. | |
| OPENGEAR, INC. ET. AL., | |
| Defendant. | |

This matter is before the Court on the parties' stipulation to voluntarily dismiss **with prejudice**. Being so advised, the Court hereby finds that the request should be GRANTED. It is, therefore,

ORDERED that this matter be dismissed **with prejudice.**

SO ORDERED.

Dated: February 24, 2021

_Susan van Keulen_
Susan van Keulen
United States Magistrate Judge

Case No. 5:20-CV-03613-SVK      - 1 -